**Dennnvsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
-----------------------------------------------------------X
MONSTER CABLE PRODUCTS, INC.,

       Plaintiff,

       v.

EUROFLEX S.R.L., and EUROFLEX
AMERICAS INC.

       Defendants
-----------------------------------------------------------X

Civil Action No. C 08 03338 JL

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                          S.S.:
COUNTY OF NEW YORK)

       ROBERT MILLS, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, D.L.S., INC., and is not a party to this action.

       That on the 21st day of August, 2008, at approximately 12:20pm, deponent served a true copy of the SUMMONS TO EUROFLEX AMERICAS INC., CIVIL COVER SHEET, COMPLAINT, CERTIFICATION OF INTERESTED ENTITIES AND PARTIES, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, PACKET CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA AND PACKET: WELCOME TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA upon EUROFLEX AMERICAS INC. at 50 Board Street, Suite 1911, New York, NY by personally delivering and leaving the same with STOJAN DRAGOVICH, who informed deponent that he is the President authorized by law to receive service at that address.

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

Stojan Dragovich is a white male, approximately 48 years of age, stands approximately 6 feet 4 inches tall, weighs approximately 190 pounds with balding brown hair and dark eyes.

_Robert Mills_
ROBERT MILLS #1004298

Sworn to before me this
27th day of August, 2008

_signature_
NOTARY PUBLIC

HOWARD DANIEL GOLDMAN
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01GO5062405
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES JULY 1, 2010

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com