LaRIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne (Ca Bar No. 073901)
Christopher J. Passarelli (Ca Bar No. 241174)
19 Upper Ragsdale Drive, Suite 200
P.O. Box 3140
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

L. MICHAEL RUDOLPH, P.C.
L. Michael Rudolph (NY Bar No. 1144948)
100 Park Avenue, Floor 16
New York, NY 10011
Telephone: 212-741-3344

Attorney for Defendants
EUROFLEX S.R.L., and
EUROFLEX AMERICAS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EUROFLEX S.R.L., an Italian corporation; and EUROFLEX AMERICAS, INC., a New York corporation,<br><br>Defendants. | No. 3:08-cv-03338-JL<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT UNDER CIVIL L.R. 6-1(a)** |

Pursuant to Civ. L.R. 6-1(a), the parties hereto, by their respective counsel, hereby stipulate to extend the time within which to answer or otherwise respond to the Complaint

1  until October 10, 2008. The parties further agree that this extension will not alter the date
2  of any event or any deadline already fixed by Court order under Civil L.R. 6-1(a).

Respectfully submitted,

LARIVIERE, GRUBMAN & PAYNE, LLP

Dated: 9/4/2008

By _____
Robert W. Payne
Christopher J. Passarelli
Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

Monster Cable Products v. Euroflex S.R.L., et al
Case No. 3:08-cv-03338-JL
STIPULATION FOR EXTENSION OF TIME TO ANSWER
2

# PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. My business address is 19 Upper Ragsdale Drive, Suite 200, Monterey, California, 93940. On September 5, 2008, I served the following document:

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT UNDER CIVIL L.R. 6-1(a)**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

L. Michael Rudolph
L. MICHAEL RUDOLPH, P.C.
100 Park Avenue, Floor 16
New York, NY 10011

_X_  **U.S. MAIL**: I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addresses(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

____  **HAND DELIVERY**: I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

____  **BY FACSIMILE**: By use of facsimile machine telephone number (***) ***-****, I served a copy of the within document on the below parties at the facsimile number listed. The transmission was reported as complete and without error.

_X_  **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 5, 2008 at Monterey, California.

_____
Tabatha Morgan
Paralegal

Monster Cable Products v. Euroflex S.R.L., et al
Case No. 3:08-cv-03338-JL
STIPULATION FOR EXTENSION OF TIME TO ANSWER
3