LaRIVIERE, GRUBMAN & PAYNE, LLP
Robert W. Payne (Ca Bar No. 073901)
Christopher J. Passarelli (Ca Bar No. 241174)
19 Upper Ragsdale Drive, Suite 200
P.O. Box 3140
Monterey, CA 93942-3140
Telephone: (831) 649-8800
Facsimile: (831) 649-8835

Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EUROFLEX S.R.L., an Italian corporation; and EUROFLEX AMERICAS, INC., a New York corporation,<br><br>Defendants. | No. 3:08-cv-03338-JL<br><br>**DECLARATION OF CHRISTOPHER J. PASSARELLI IN SUPPORT OF STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT UNDER CIVIL L.R. 6-1(a)** |

I, CHRISTOPHER J. PASSARELLI, declare the following:

1. I am an attorney with the law firm LaRiviere, Grubman & Payne, LLP, in Monterey, California, counsel for Plaintiff, Monster Cable Products, Inc. ("Plaintiff") in the above-entitled action. I have personal knowledge of the following and could competently testify thereto:

2. On or about September 3, 2008, at the request of Defendant Euroflex Americas, Inc.'s counsel, Plaintiff agreed to an extension of time for Defendants to answer the Complaint.

3. Defendant's counsel is amenable to an extension of time to answer or otherwise respond to the Complaint by October 10, 2008.

4. Defendant has not yet retained California counsel and its New York counsel is unable to sign the Stipulation For Extension of Time To Answer or Otherwise Respond To Complaint Under Civil L.R. 6-1(a).

Executed in Monterey, California on September 4, 2008. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 4th, 2008        LARIVIERE, GRUBMAN & PAYNE, LLP

By _____
Christopher J. Passarelli
Attorneys for Plaintiff
MONSTER CABLE PRODUCTS, INC.

Monster Cable Products v. Euroflex S.R.L., et al
Case No. 3:08-cv-03338-JL
DECLARATION OF CHRISTOPHER J. PASSARELLI IN
SUPPORT OF STIPULATION FOR EXTENSION OF TIME TO ANSWER
2

# PROOF OF SERVICE

I am over 18 years of age and not a party to the within action. My business address is 19 Upper Ragsdale Drive, Suite 200, Monterey, California, 93940. On September 5, 2008, I served the following document:

**DECLARATION OF CHRISTOPHER J. PASSARELI IN SUPPORT OF STIPULATION FOR EXTENSION OF TIME TO ANSWER**

by placing a true copy thereof enclosed in a sealed envelope and served in the manner described below to the interested parties herein and addressed to:

L. Michael Rudolph
L. MICHAEL RUDOLPH, P.C.
100 Park Avenue, Floor 16
New York, NY 10011

__X__ **U.S. MAIL**: I caused such envelope(s) to be deposited in the mail at my business address, with postage thereon fully prepaid, addressed to the addresses(s) designated. I am readily familiar with the business' practice of collecting and processing correspondence to be deposited with the United States Postal Service on that same day in the ordinary course of business.

____ **HAND DELIVERY**: I caused such envelope(s) to be delivered by hand to the addressee(s) designated.

____ **BY FACSIMILE**: By use of facsimile machine telephone number (***) ***-****, I served a copy of the within document on the below parties at the facsimile number listed. The transmission was reported as complete and without error.

__X__ **FEDERAL**: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 5, 2008 at Monterey, California.

_Tabatha Morgan_
Tabatha Morgan
Paralegal

Monster Cable Products v. Euroflex S.R.L., et al
Case No. 3:08-cv-03338-JL
DECLARATION OF CHRISTOPHER J. PASSARELLI IN
SUPPORT OF STIPULATION FOR EXTENSION OF TIME TO ANSWER

3