UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MONSTER CABLE PRODUCTS, INC.,

    Plaintiff,

    v.

EUROFLEX S.R.L., et al.,

    Defendants.
_____/

No. C 08-3338 PJH

**NOTICE OF ERRATA**

    The July 10, 2009, order, at page 2, lines 3-4, should read, "MCP first used 'MONSTER' in connection with cleaning preparations and solutions and air spray cans on November 8, 2000," in place of "MCP first used 'MONSTER' in connection with cleaning preparations and solutions and air spray cans on November 8, 2008."

**IT IS SO ORDERED.**

Dated: July 15, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge