1  James R. Batchelder (Bar No. 136347)
   Renee DuBord Brown (Bar No. 205798)
2  HOWREY LLP
   20300 Stevens Creek Blvd., Suite 400
3  Cupertino, CA  95014
   Telephone: (408) 873-0110
4  Facsimile: (408) 873-0220
   Email:  BatchelderJ@daycasebeer.com
5
   L. Michael Rudolph (*pro hac vice*)
6  L. MICHAEL RUDOLPH, P.C.
   100 Park Avenue, 16th Floor
7  New York, N.Y. 10017
   Telephone: (212) 741-3344
8  Facsimile:  (212) 741-4666
   Email:  LMR@Rudolphlaws.com
9
   Attorneys for Defendants
10 EUROFLEX S.R.L., and
   EUROFLEX AMERICAS
11

12

13

14                       UNITED STATES DISTRICT COURT
                         NORTHERN DISTRICT OF CALIFORNIA
15
                              SAN FRANCISCO DIVISION
16

17

18 | MONSTER CABLE PRODUCTS, INC.,         | CASE NO. C08-03338-PJH
   | a California corporation,              |   ORDER GRANTING LAST MOTION
19 |                                        | [~~PROPOSED~~] ~~ORDER GRANTING MOTION~~
20 |            Plaintiff,                  | FOR ADMINISTRATIVE RELIEF FOR
   |                                        | CONTINUANCE OF INITIAL CASE
21 |       v.                               | MANAGEMENT CONFERENCE
   |                                        |  AS MODIFIED BY THE COURT
22 | EUROFLEX S.R.L., an Italian corporation;|
   | and EUROFLEX AMERICAS INC., a New      | Judge: Honorable Phyllis J. Hamilton
23 | York corporation,                      |
   |                                        |
24 |            Defendants.                 |

25

26

27

28

ORDER GRANTING ADMINISTRATIVE RELIEF FOR                    Case No. C08-03338-PJH
CONTINUANCE OF INITIAL CMC

1   The Court has considered Defendants EuroFlex Americas and EuroFlex S.R.L.'s Motion for
2   Administrative Relief for Continuance of Initial Case Management Conference pursuant to Civil
3   L.R. 16-2(d) and Civil L.R. 7-11.  The Court finds that the Motion is well taken and is hereby
4   GRANTED.
5       IT IS THEREFORE ORDERED that the Initial Case Management Conference be continued
6   to Oct. ~~28~~ 29, 2009, with all related deadlines pursuant to Fed. R. Civ. P. 26(a),(f) and Civil L.R. 16-9
7   flowing from this date.  In addition, the deadline for Defendants to Answer the Amended Complaint
8   is continued to Oct. 12, 2009.   NO FURTHER CONTINUANCES OF THE CASE MANAGEMENT CONFERENCE WILL BE GRANTED.

10      IT IS SO ORDERED.

13      DATED  7/15/09



_____
Judge Phyllis J. Hamilton

ORDER GRANTING ADMINISTRATIVE RELIEF FOR         1           Case No. C08-03338-PJH
CONTINUANCE OF INITIAL CMC