James R. Batchelder (Bar No. 136347)
Renee DuBord Brown (Bar No. 205798)
HOWREY LLP
1950 University Ave., Suite 400
East Palo Alto, CA 94303
Telephone: (650) 798-3500
Facsimile: (650) 798-3600
Email: brownr@howrey.com

L. Michael Rudolph (*pro hac vice*)
L. MICHAEL RUDOLPH, P.C.
100 Park Avenue, 16th Floor
New York, N.Y. 10017
Telephone: (212) 741-3344
Facsimile: (212) 741-4666
Email: LMR@Rudolphlaws.com

Attorneys for Defendants
EUROFLEX S.R.L., and
EUROFLEX AMERICAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>EUROFLEX S.R.L., an Italian corporation; and EUROFLEX AMERICAS INC., a New York corporation,<br><br>Defendants. | CASE NO. 04:08-CV-03338-PJH MED WDB<br><br>[PROPOSED] ORDER GRANTING EUROFLEX S.R.L.'S REQUEST TO BE EXCUSED PER ADR L.R. 6-10(D) |

1  Defendant EuroFlex S.R.L.'s request to ~~be~~ *have its representative, Mr. Milanese,* excused from in-person attendance at the
2  mediation session scheduled for September 30, 2009 is hereby **GRANTED**. *Mr. Milanese*
3  *must participate in the mediation by telephone.*

DATED  9/16/09

*/s/ Wayne D. Brazil*
ADR Magistrate Judge Wayne D. Brazil

ORDER GRANTING REQUEST TO BE EXCUSED       1              Case No. C08-03338-PJH