1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| MONSTER CABLE PRODUCTS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EUROFLEX S.R.L., an Italian corporation; and EUROFLEX AMERICAS INC., a New York corporation,<br><br>　　　　　Defendants. | Case No. C08-03338-PJH<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIMS**<br><br>Judge: Honorable Phyllis J. Hamilton<br>Courtroom: 3 |
| HOMEIT, LLC d/b/a EUROFLEX AMERICAS and EUROFLEX S.R.L., an Italian corporation,<br><br>　　　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>MONSTER CABLE PRODUCTS, INC.,<br>　　　　　Counterclaim Defendant. | |

1  **ORDER**

2  Good cause appearing therefor, it is hereby ordered that the within action be, and hereby is,

3  dismissed with prejudice.

4  SO ORDERED.

5

6  Dated: 2/8/10

7  _____ HAMILTON



PROPOSED ORDER TO DISMISS COMPLAINT AND COUNTERCLAIMS    1    Case No. C08-03338-PJH

DM_US:23085984_1